UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS A. BARNES, 606739,

    Petitioner,

CASE NO. 16-13944

v.

HON. JUDITH E. LEVY

SHIRLEE HARRY,

MAG. ANTHONY P. PATTI

    Respondent.

_____/

**Notice of Filing Rule 5 Materials**
**Index of Record**
**Certificate of Service**

**Notice**

TO:  DOUGLAS A. BARNES, 606739
      WEST SHORELINE CORRECTIONAL FACILITY
      2500 S. SHERIDAN DRIVE
      MUSKEGON HEIGHTS, MI 49444

PLEASE TAKE NOTICE that a copy of Rule 5 Material is being served upon the Clerk of the United States District Court for the Eastern District of Michigan, Southern Division, as set forth in the attached Index of Record.

Respectfully submitted,

Bill Schuette
Attorney General

s/<u>Jared D. Schultz</u>

Assistant Attorney General
Criminal Appellate Division
P.O. Box 30217
Lansing, MI  48909
(517) 373-4875
Schultzj15@michigan.gov
P80198

Dated: May 30, 2017

# Index of Record
5:16-13944

1. Wayne County Register of Actions 06-002273-01-FC

2. 02-15-2006 Preliminary Examination Transcript

3. 05-12-2006 Plea Transcript

4. 06-14-2006 Sentence Transcript

5. 06-21-2011 Motion for Relief from Judgment

6. 11-14-2011 Opinion and Order Denying Motion for Relief from Judgment

7. 02-25-2014 Motion to Reissue Order Denying Motion for Relief from Judgment

8. 10-21-2014 Opinion and Order Denying Motion for Relief from Judgment

9. 10-21-2014 Order Granting Motion to Reissue Order Denying Motion for Relief from Judgment

10. Michigan Court of Appeals 324523

11. Michigan Supreme Court 150863

## Certificate of Service

I hereby certify that on May 30, 2017, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

HONORABLE JUDITH E. LEVY
MAGISTRATE JUDGE ANTHONY P. PATTI

and I hereby certify that Ann E. Webb has mailed by United States Postal Service the papers to the following non-ECF participant:

DOUGLAS A. BARNES, 606739
WEST SHORELINE CORRECTIONAL FACILITY
2500 S. SHERIDAN DRIVE
MUSKEGON HEIGHTS, MI 49444

Bill Schuette
Attorney General

s/<u>Jared D. Schultz</u>

Assistant Attorney General
Criminal Appellate Division
P.O. Box 30217
Lansing, MI 48909
(517) 373-4875
Schultzj15@michigan.gov
P80198