UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS A. BARNES,

        Petitioner,    Case No. 16-CV-13944

v.                          Judith E. Levy
                            United States District Judge

SHIRLEE HARRY,

        Respondent.

_____/

## **JUDGMENT**

    For the reasons stated in the opinion and order entered on today's date, it is ordered and adjudged that the case is dismissed with prejudice.

                                    DAVID J. WEAVER
                                    CLERK OF THE COURT

                       By:   s/William Barkholz
                                    WILLIAM BARKHOLZ

Date: November 12, 2019

APPROVED:

s/Judith E. Levy
JUDITH E. LEVY
UNITED STATES DISTRICT JUDGE